

FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA EDWARD HACK,

Defendant.

Case No. 22-MJ-1046

ORDER OF DETENTION

I.

On March 16, 2022, Defendant made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender Fermin Vargas was appointed to represent Defendant. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the

arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ uncertainty regarding Defendant's place of residence and with whom Defendant was residing based on inconsistencies in information provided to Pretrial Services by Defendant and his mother.
- ☒ bail resources proffered – a $10,000 appearance bond by Defendant's fiancé – are insufficient – based
- ☒ history of, and ongoing, substance abuse

As to danger to the community:

- ☒ Allegations in the criminal complaint involve Defendant's knowing possession of a loaded firearm in his vehicle
- ☒ Criminal history includes felony convictions for vehicle theft, felon in possession, drug related offenses, burglary, receipt of stolen property and assault with a deadly weapon, in addition to numerous law enforcement contacts for narcotics, theft, violations of parole and firearms related offenses.
- ☒ history of, and ongoing, substance abuse
- ☒ gang ties

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 16, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE